```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

FRANKIE MONEGO,

                        Plaintiff,                    **ORDER SCHEDULING TELEPHONE CONFERENCE**

   -against-

                                                    **20-CV-7673 (VSB)**

TICKNORS MEN'S CLOTHIER,

                        Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 17).  A telephone conference will be held on **Tuesday, January 26, 2021 at 10:00 a.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: December 29, 2020
       New York, New York

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020