```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/12/2021
```

FRANKIE MONEGO,

                    Plaintiff,

    -against-

**ORDER ADJOURNING TELEPHONE CONFERENCE**

**20-CV-7673 (VSB)**

TICKNORS MEN'S CLOTHIER,

                    Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Settlement filed on January 11, 2021 (doc. no 19) the Pre-Settlement Telephone Conference currently scheduled for **January 26, 2021** is hereby adjourned *sine die*.

SO ORDERED.

Dated: January 12, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge