UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/12/2012___
```

------------------------------------------------------X
                                                      :
FRANKIE MONEGRO,                                      :
                                                      :
                              Plaintiff,              :
                                                      :          20-cv-7673(VSB)
               -against-                              :
                                                      :              **ORDER**
TICKNORS HOLDINGS CORPORATION,                        :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  January 12, 2021
   New York, New York

Vernon S. Broderick
United States District Judge